**Bruce N. SAFFRAN, M.D., Ph.D., Plaintiff–Appellee,**

v.

**BOSTON SCIENTIFIC CORPORATION, Defendant–Appellant.**

No. 2008–1515.

United States Court of Appeals, Federal Circuit.

March 20, 2009.

Donald R. Dunner, Thomas H. Jenkins, Kara F. Stoll, Jason W. Melvin, Finnegan, Henderson, Farabow, Washington, DC, for Defendant–Appellant.

Gary M. Hoffman, James W. Brady Jr., Jeremy A. Cubert, Ryan Holbrook Flax, Kenneth W. Brothers, Paul R. Taskier, Kimberly Rae Parke, Dickstein Shapiro LLP, Washington, DC, Eric M. Albritton, Albritton Law Firm, Longview, TX, for Plaintiff–Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).